# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4945

_____

S.T., Mother of M.L.H.,

   Appellant,

   v.

F.L.L. and M.J.L.,

   Appellee.

_____

No. 1D18-0119

_____

R.H., Father of M.L.H.,

   Appellant,

   v.

F.L.L. and M.J.L.,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

June 7, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Ronald Newlin, Tallahassee, for Appellant S.T., mother.

James H. Harrison of Harrison & Talley, Tallahassee, for Appellant R.H., father.

Edward W. Horan, Tallahassee, for Appellee.